**Order filed March 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00904-CV

_____

**SCWYANA SMITH, Appellant**

**V.**

**BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-75442**

## ORDER

On February 27, 2014, appellant's counsel, U.A. Lewis, filed a motion to withdraw from representing appellant. The motion does not substantially comply with Texas Rule of Appellate Procedure 6.5. In particular, the motion fails to set out a list of current deadlines or statements that a copy of the motion was delivered to appellant and she was notified in writing of her right to object to the motion. *See* Tex. R. App. P. 6.5(a). Accordingly, we issue the following order:

Unless U.A. Lewis files an amended or supplemental motion to correct these

deficiencies by **March 17, 2014,** the motion will be denied.


PER CURIAM